**Dadaji J. WESTON, Appellant,**

v.

**DEPARTMENT OF CORRECTIONS; St. Louis Police Department; City of St. Louis, Appellees.**

No. 03–1637.

United States Court of Appeals, Eighth Circuit.

Submitted June 3, 2003.

Decided July 1, 2003.

Before BOWMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Dadaji J. Weston appeals from the district court's [1] 28 U.S.C. § 1915(e) dismissal of his civil rights complaint. Having carefully reviewed the record, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (§ 1915(e) dismissal reviewed de novo), we conclude that the district court properly dismissed Weston's action for lack of any allegation that the alleged wrongful conduct was taken pursuant to a municipal policy or custom. Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

---

**1.** The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.